NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOSEPHUS T.Y. NYEMA, SR., | : | CIVIL ACTION NO. 04-506 (MLC) |
| Plaintiff, | : | **MEMORANDUM OPINION** |
| v. | : | |
| COUNTY OF MERCER, et al., | : | |
| Defendants. | : | |

**THE COURT**, by an Order entered December 12, 2014 ("December 2014 Order"), denied the motion by the pro se plaintiff that was styled as "Notice of Motion on Short Notice for Leave to Refile or Reopen Racial Discrimination Civil Action" ("Motion to Reopen"). (See dkt. entry no. 55, 12-12-14 Order; see also dkt. entry no. 54, 12-12-14 Mem. Op.) On December 31, 2014, the plaintiff filed a brief in further support of the already-decided Motion to Reopen. (See dkt. entry no. 56, 12-31-14 Pl. Br.)

**THE COURT** has carefully reviewed the plaintiff's further briefing, and finds the arguments contained therein are without merit. The Court finds no basis to reconsider the December 2014 Order.

**FOR GOOD CAUSE APPEARING**, the Court will issue an appropriate order.

    s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge

Dated: January 5, 2015